No. 82–1913. GARCIA *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.; and

No. 82–1951. DONOVAN, SECRETARY OF LABOR *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL. D. C. W. D. Tex. [Probable jurisdiction noted, 464 U. S. 812.] Cases restored to calendar for reargument. In addition to the questions presented in the jurisdictional statements and previously briefed

and argued, the parties are requested to brief and argue the following question: "Whether or not the principles of the Tenth Amendment as set forth in *National League of Cities* v. *Usery*, 426 U. S. 833 (1976), should be reconsidered?"